UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
CONTINENTAL INSURANCE COMPANY,

       Plaintiff,        CV. ACTION 10-4586 (MLC)

  v.

SECURI ENTERPRISES, INC, SCOTT SANDERS,
MARCIE LYN URY-SANDERS, FRANK COVINO,
TERRY L. YOUNG, SR., KAMARA STEWART,    NOTICE OF
MAURICE PERDOME, KEVIN BROTHERS,      MOTION
TASHA RATTRAY, PARIS NIMBHARD,
DEMETRIUSE FINCHER, JUCLA ADAMS,
GREGORY TERRY, JOHN and JANE DOES 1-5,
Fictitious names of persons who conspired to
conceal true nature of Securi Enterprises, Inc.'s
business JOHN DOES 6-10, Fictitious names of
persons who may have claim or claims against
Securi Enterprises, Inc. arising out of motor vehicle
Incidents from April 2, 2008 to January 5, 2009,
JANE DOES 6-10, Fictitious names of persons
who may have claim or claims against Securi
Enterprises, Inc. arising out of motor vehicle
Incidents from April 2, 2008 to January 5, 2009,

       Defendants.
-----------------------------------------------------------------x

  PLEASE TAKE NOTICE that, upon the attached affidavit of Jeffrey C. Hoffman executed on November 11, 2010, and the exhibits attached thereto, and upon all prior proceedings had herein, Defendants Securi Enterprises, Inc., Scott Sanders and Marcie Lyn Ury-Sanders will move this Court, on December 6, 2010 at 10:00 a.m., at the Courthouse located at 402 East State Street, Room 2020, Trenton, New Jersey, for an order (1) staying the above-captioned action pending the outcome of a pending criminal investigation in which Mr. Sanders is a target, or, alternatively, (2) staying the depositions of Mr. and Mrs. Sanders for six months, with such stay to be revisited at the end of that period.

PLEASE TAKE FURTHER NOTICE that pursuant to L.Civ.R.78(1)(a) answering papers, if any, are to be served upon the undersigned counsel no later than November 22, 2010.

Dated:   New York, New York
         November 11, 2010

                                HOFFMAN & POLLOK LLP

                                By: _____
                                William A. Rome (9045)
                                *Attorneys for Defendants Securi*
                                *Enterprises, Inc., Scott Eric Sanders*
                                *and Marcy Lyn-Ury Sanders*
                                260 Madison Avenue, 22nd Floor
                                New York, New York 10016
                                Tel: (212) 679-2900
                                Fax: (212) 679-1844
                                Email: WAROME@hpplegal.com

                                and

                                LAW OFFICES OF RICHARD
                                R. RIO PLLC

                                By: _____
                                Richard R. Rio
                                10 Sloan Street
                                South Orange, New Jersey 07079
                                Tel: (973) 223-8222
                                Fax: (973) 821-5289
                                Email: RRio@richardriolaw.com

TO:   Nancy Lem, Esq.
       Colliau Elenius Murphy Carluccio Keener & Morrow
       1249 South River Road, Suite 300A
       P.O. Box 2000
       Cranbury, NJ 08512

Dean Vigliano, Esq.
Colliau Elenius Murphy Carluccio Keener & Morrow
40 Wall Street
7th Floor
New York, NY 10005

*Attorneys for Plaintiff*
*Continental Insurance Company*